# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONNA HARRIS,

    Plaintiff,

vs.

CLIPS AND MORE, et al.,

    Defendants.

Case No. 2:11-cv-01107-JCM-PAL

**ORDER**

(IFP App - Dkt. #1)

This matter is before the court on Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1). Plaintiff is proceeding in this action *pro se*, has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1). This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis.* Plaintiff has not responded to question 3(a)-(e) or provided any response at all to question 8. As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and her Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **September 22, 2011,** in which to submit the completed application or pay the $350.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

/ / /

1  2.     The Clerk of Court shall retain Plaintiff's Complaint.

2  Dated this 22nd day of August, 2011.

3

4
                                                   _____
5                                                  PEGGY A. LEEN
                                                   UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28